THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BARTHOLOMEW WATTS (Impleaded), Defendant-Appellant.

(No. 59375; ▮▮▮▮▮▮▮▮

First District (4th Division)—September 25, 1974.

Paul Bradley and Lynn Sara Frackman, of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Patrick T. Driscoll, Jr., and Frank J. Parkerson, Assistant State's Attorneys, of counsel), for the People.